```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/14/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACE PICTURES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> TECH TIMES LLC, <br><br> Defendants. | 1:22-cv-03709 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 28, 2023, this Court issued an Order directing Defendant to show cause as to why an order should not be entered pursuant to Federal Rule of Civil Procedure 55 granting Plaintiff's requested damages. ECF No. 21. Defendant was ordered to respond on or by September 8, 2023. *Id.* Defendant was also advised that failure to respond to the Order to Show Cause would be grounds for granting a default judgment in Plaintiff's favor. *Id*. Plaintiff was also directed to serve a copy of the Order to Show Cause and the papers upon which it is based on Defendants no later than August 30, 2023. Plaintiff was ordered to file proof of service with the Court by August 31, 2023.

To date, Plaintiff has yet to file proof of service. The Plaintiff is **ORDERED** to file such proof on or by **September 18, 2023.** Plaintiff should indicate when Defendant was served.

SO ORDERED.

Dated:   September 14, 2023
         New York, New York

*[signature: Andrew L. Carter]*

ANDREW L. CARTER, JR.
United States District Judge